UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ISAAC SHELTON,

    Plaintiff,

vs.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

Case No. CV 13-3404-DOC (RNB)

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for failure to prosecute.

DATED: 11/21/13

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE